THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MARTHA A. FAGG, | ) | CASE NO. 5:12CV4029 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ERIC H. HOLDER, JR., | ) | |
| ATTORNEY GENERAL | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Stephanie Rose, then 36 years of age, was sworn in as the United States Attorney for the Northern District of Iowa on November 24, 2009. In February 2010, plaintiff Assistant United States Attorney Martha Fagg received a "successful" rating on her performance review for 2009, and the review was signed and dated by Rose. One month later, in March 2010, Fagg, then 53 years of age, wrote a memorandum to Rose expressing concerns about Rose's replacement of the office's Civil Chief (who was 60 years old) with 35-year-old Teresa Baumann and statements Rose had allegedly made about office retirements and a "succession plan." Fagg's memorandum stated that Rose's actions and statements "could be construed as discriminatory," "could be a prima facie case of both direct and indirect age discrimination," and "may be construed to be hostile to individuals in this office over the age of 40 and beyond." (Filing 56-4 at CM/ECF p. 43.)

The evidence indicates that soon after sending this memorandum to Rose, Fagg experienced a heightened level of scrutiny of her work, surveillance, an audit of her past case files, a letter of reprimand, proposed suspensions, leave restriction notices, a temporary and proposed permanent transfer to another office approximately 250 miles away from her home, and ultimately termination from her 13-year employment.

During this time frame, Fagg experienced health problems necessitating hospitalization, anxiety and blood-pressure medication, therapy sessions, and a driving restriction.

Fagg filed this action in March 2012, alleging two causes of action. First, Fagg claims that the defendant violated the Age Discrimination in Employment Act ("ADEA")[1] by terminating her employment because of her age and retaliating against her for engaging in conduct protected by the ADEA. Second, Fagg claims that the defendant violated the Americans with Disabilities Act, as amended,[2] and the Rehabilitation Act of 1973[3] because the actions taken against her did not reasonably accommodate her known mental and physical impairments.

The defendant has filed a motion for summary judgment (Filing 49), and the parties have filed the following evidence in support of, and in opposition to, the motion:

**DEFENDANT'S APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (Filing 49-2 to 49-9)**

Exhibit 1   Complaint
Exhibit 2   Answer
Exhibit 3   Forms SF50s for Martha Fagg
Exhibit 4   Germaine excerpts of the deposition transcript of Martha Fagg
Exhibit 5   Germaine excerpts of the deposition of transcript Teresa Baumann
Exhibit 6   Germaine excerpts of the deposition of transcript Stephanie Rose
Exhibit 7   Germaine excerpts of the Sworn EEO statement of Stephanie Rose
Exhibit 8   Intra-office e-mails and memoranda
Exhibit 9   Germaine excerpts of the deposition transcript of Larry Kudej

---

[1] 29 U.S.C. §§ 621 *et seq*.

[2] 42 U.S.C. §§ 12101 *et seq*.

[3] 29 U.S.C. §§ 701 *et seq*.

2

Exhibit 10   2010 Organization Chart for the Northern Iowa U.S. Attorneys Office
Exhibit 11   Germaine excerpts of answers to Fagg's interrogatories (redacted)
Exhibit 12   Germaine excerpts of the Foundations of Leadership Documents
Exhibit 13   Germaine excerpts of the deposition transcript of Michelle Schwebach
Exhibit 14   Germaine excerpts of the deposition transcript of Kevin Fletcher
Exhibit 15   Summary of pre-2004 attendance and conduct complaints against Martha Fagg
Exhibit 16   Germaine excerpts of the deposition transcript of Tim Duax
Exhibit 17   Fagg's responses to the First Set of Requests to Admit
Exhibit 18   Letter of Reprimand
Exhibit 19   Germaine excerpts of the Larry Kudej's 2010 Performance Work Plan
Exhibit 20   Larry Kudej's draft outline concerning civil succession and continuity
Exhibit 21   Travel reimbursement sheets for Martha Fagg
Exhibit 22   E-mail from Stephanie Rose stating office priorities and goals
Exhibit 23   EARS-related documents
Exhibit 24   March 9, 2010 "Concerns" memo
Exhibit 25   Sworn EEO statement of Grant Johnson
Exhibit 26   Sworn EEO statement of Jill Julian
Exhibit 27   Court order in *Kluver v. Kluver*
Exhibit 28   Letter from Office of Professional Responsibility
Exhibit 29   EEO formal complaints
Exhibit 30   60-day transfer letter
Exhibit 31   Germaine excerpts of St. Luke Medical Center and Michele Boykin medical records
Exhibit 32   Fax from Dr. Barto
Exhibit 33   DOJ Form 100A Request for Reasonable Accommodation
Exhibit 34   Germaine excerpts of Martha Fagg's USA-5 report
Exhibit 35   Notice of proposed 7-day suspension (without attachments)
Exhibit 36   Notice of Management Directed Assignment
Exhibit 37   Decision letter on 7-day suspension
Exhibit 38   DOJ Form 100A Request for Reasonable Accommodation
Exhibit 39   Denial of DOJ Form 100A Request for Reasonable Accommodation
Exhibit 40   Notice of proposed 14-day suspension (without attachments)
Exhibit 41   Fagg's responses to the First Set of Requests to Admit
Exhibit 42   Germaine excerpts of the deposition transcript of Shannon Olson
Exhibit 43   Decision letter on 14-Day Suspension
Exhibit 44   Notice of proposed removal (without attachments)
Exhibit 45   Removal decision Letter

Exhibit 46   Germaine excerpts of the deposition transcript of Grant Johnson
Exhibit 47   Agency affidavit

# PLAINTIFF'S APPENDIX IN SUPPORT OF RESISTANCE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT  (Filings 56-4 & 59-1)

Plaintiff's 2007 Review ................................................................................................1
Plaintiff's 2008 Review ................................................................................................7
Rose Email re: Baumann Hiring .................................................................................14
Kudej email re: Changes to Management Team .........................................................20
Baumann emails re: Dog Trip .....................................................................................21
Plaintiff's 2009 Review ..............................................................................................26
Fagg email re: Dog Trip ..............................................................................................32
Murphy Notes re: Voter Information ..........................................................................35
Rose emails re: Response to Memo ............................................................................37
Rose email re: Fagg Memo .........................................................................................39
Fagg email re: OPR Referral ......................................................................................42
Barto Work Release ....................................................................................................48
May, 2010 OPR Letter ................................................................................................49
Baumann email re: No Praise in Office ......................................................................50
McNamar memos re: June 10, 2010 Accident ...........................................................51
Medical Release ..........................................................................................................56
Fagg Discharge Instructions .......................................................................................57
Rose email re: Kudej EARS Evaluation .....................................................................58
Draft Serio Subpoena ..................................................................................................59
Fagg emails re: Attorney Subpoena Procedure ..........................................................62
Fagg email re: Leave ..................................................................................................65
Rose email re: Barber Depositions .............................................................................67
Fagg emails re: Serio Subpoena .................................................................................68
Baumann emails re: Fagg leave ..................................................................................70
Fagg emails re: Serio Subpoena .................................................................................71
Leave Restriction Notice ............................................................................................74
Fagg response to Leave Restriction ...........................................................................82
Rose email re: Fagg as Federal Threat .......................................................................85
Baumann EEO Testimony ..........................................................................................87
Johnson Deposition Excerpts .....................................................................................92
Julian Deposition Excerpts .........................................................................................98

Kudej Deposition Excerpts ............................................................................................... 103
Serio Deposition Excerpts ................................................................................................ 113
Worthington Deposition Excerpts .................................................................................... 117
Rose Deposition Excerpts ................................................................................................ 125
Duax Deposition Excerpts ................................................................................................ 147
Wright Declaration ........................................................................................................... 157
Bird Declaration ............................................................................................................... 162
Kudej Recommendations ................................................................................................. 168
Fagg 1/11/10 Email .......................................................................................................... 170
Judge O'Brien Deposition ................................................................................................ 171
Draft PIP .......................................................................................................................... 175

**PLAINTIFF'S SEALED APPENDIX IN SUPPORT OF HER RESISTANCE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Filing 58)**

[SEALED] ............................................................................................................................ 1
[SEALED] ............................................................................................................................ 2
[SEALED] .......................................................................................................................... 11
[SEALED] .......................................................................................................................... 25
[SEALED] .......................................................................................................................... 29
[SEALED] .......................................................................................................................... 31
[SEALED] .......................................................................................................................... 38
[SEALED] .......................................................................................................................... 39
[SEALED] .......................................................................................................................... 40
[SEALED] .......................................................................................................................... 46
[SEALED] .......................................................................................................................... 49
[SEALED] .......................................................................................................................... 51
[SEALED] .......................................................................................................................... 52
[SEALED] .......................................................................................................................... 56
[SEALED] .......................................................................................................................... 58
[SEALED] .......................................................................................................................... 62
[SEALED] .......................................................................................................................... 64
[SEALED] .......................................................................................................................... 66
[SEALED] .......................................................................................................................... 67
[SEALED] .......................................................................................................................... 68
[SEALED] .......................................................................................................................... 72

| | |
|---|---|
| [SEALED] | 76 |
| [SEALED] | 79 |
| [SEALED] | 85 |
| [SEALED] | 86 |

### DEFENDANT'S SUPPLEMENTAL APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (Filing 67-1)

| | |
|---|---|
| Pages 1-3 | Gov. Appendix 260-262 |
| Page 4 | January 2, 2010 form SF-50 for Fagg |
| Pages 5-10 | Germaine excerpts of the deposition of transcript Stephanie Rose |
| Pages 11-12 | Affidavit of Stephanie Rose |
| Pages 13-14 | January 4, 2010 e-mail and leave slip |
| Pages 15-17 | Germaine excerpts of the deposition transcript of Larry Kudej |
| Pages 18-21 | Germaine excerpts of the deposition transcript of Martha Fagg |
| Pages 22-24 | Germaine excerpts of the deposition transcript of Tim Duax |
| Pages 25-28 | Germaine excerpts of the deposition transcript of Teresa Baumann |
| Pages 29-31 | Germaine excerpts of the deposition transcript of Grant Johnson |
| Pages 32-38 | E-mails regarding DOJ approval to subpoena Attorney Serio |
| Pages 39-45 | Subpoena and corresponded for Attorney Serio |
| Pages 46-48 | Germaine excerpts of the deposition transcript of attorney Robert Serio |
| Pages 49-63 | Germaine attachments to 14-day suspension letter |
| Page 64 | March 24, 2009 Kudej Kudo |
| Page 65 | March 4, 2010 e-mail re: issues with Fagg's *Kluver* settlement proposal |
| Page 66-68 | Germaine excerpts of the deposition transcript of Kimya Jones |

Suffice it to say that there are genuine issues of material fact precluding the entry of summary judgment, most importantly with regard to Defendant's motives in taking adverse employment actions against Martha Fagg.[4] While the defendant has

---

[4]Defendant argues that Fagg's response to the defendant's motion for summary judgment is deficient and fails to comply with the Local Rules. (Filing 67-2 at CM/ECF p. 4.) While Plaintiff's submissions are not technically compliant in all

filed evidence indicating that Fagg may have violated office policy and procedure prior to being disciplined and ultimately terminated, there is a genuine issue of material fact regarding whether the defendant's stated reasons for firing Fagg were a pretext for retaliation and discrimination. Further, Fagg has produced sufficient evidence to put witness credibility at issue.[5] *Johnson v. Securitas Sec. Services USA, Inc.*, ___ F.3d ___, 2013 WL 4504589 (8th Cir. 2013) ("'Credibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge, whether he is ruling on a motion for summary judgment or for a directed verdict.'" (quoting *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 251-52 (1986))).

Accordingly,

IT IS ORDERED that the defendant's motion for summary judgment (Filing 49) is denied.

DATED this 10th day of October, 2013.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

---

respects, the substance of what is required by the Local Rules is contained in Plaintiff's submissions and, in any event, the Local Rules "are subject to modification in any case at the discretion of the presiding judge." LR 1(d), Local Rules of the United States District Courts for the Northern and Southern Districts of Iowa (rev. Dec. 1, 2009).

[5]See, for example, Filing 56-4, Depo. Testimony of Stephanie Rose, at CM/ECF p. 132 ("Martha made a lot of stuff up. . . . Like the whole lawsuit. . . . The [March 2010] memo [Fagg] wrote was completely untrue. She lied to us frequently about where she was. She lied about how things had happened. She lied to EEO. She lied, I assume, to you guys. She lies.").