THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA,
WESTERN DIVISION

| MARTHA A. FAGG, | ) | Case No. 5:12CV4029 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| ERIC H. HOLDER, JR., | ) | |
| Attorney General of the United States, | ) | |
| Defendant. | ) | |

In order to help the lawyers better prepare for trial, I now rule on two motions in limine that seem to me to be especially important. The other motions in limine have been held in abeyance and will be resolved immediately prior to the commencement of trial.

IT IS ORDERED that:

1. Due to the late disclosure that was not substantially justified and not harmless, the motion in limine (filing no. 89) is granted and the plaintiff is precluded from calling as witnesses Marti Sleister, Elizabeth Smith, Jon Awtry, James Book, and Bryan Stocking.

2. Because the evidence is not relevant or, if relevant, the evidence would be unduly prejudicial, the motion in limine (filing no. 90) is granted and, in particular, there shall be no reference to "the Hulk" e-mail.

DATED this 27th day of November, 2013.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge