THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA,
WESTERN DIVISION

| | | |
|---|---|---|
| MARTHA A. FAGG, | ) | Case No. 5:12CV4029 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| ERIC H. HOLDER, JR., | ) | |
| Attorney General of the United States, | ) | |
| | ) | |
| Defendant. | ) | |

I now rule upon the remaining unresolved motions in limine and any motions related thereto.

IT IS ORDERED that:

1. Filing 91, Defendant's Motion to Bar Evidence of the Outcome of Summary Judgment Motion, is granted.

2. Filing 92, Defendant's Motion to Exclude Evidence of the Nature of Misconduct for Which Discipline Was Issued to Other Employees, is granted. The undersigned will reconsider this ruling if Plaintiff offers to make a preliminary showing outside the presence of the jury that a specific employee was similarly situated to Plaintiff.

3. Filing 93, Defendant's Motion to Preclude Evidence Relating to Plaintiff's Father, is granted in part and denied in part. That is, Plaintiff may present her testimony regarding the fact that her father was a lawyer and is a judge if she testifies about emotional distress, but she may not adduce such evidence in any other context. The undersigned will give a limiting instruction if requested by Defendant.

4. Filing 94, Defendant's Motion to Bar Evidence Relating to Administrative EEO Settlement, is granted, for among other reasons, such evidence is not relevant or, if relevant, unduly prejudicial.

5. Filing 95, Defendant's Motion to Preclude Discovery Requests or

Commentary Regarding Discovery in the Presence of the Jury, is granted.

6. Filing 107, Plaintiff's Motion to Reconsider Ruling on Defendant's Motion in Limine, is denied.

DATED this 2nd day of December, 2013.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge